**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Victor BARAHONA, Defendant– Appellant.**

No. 15–7966.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 25, 2016.

Decided: March 2, 2016.

Victor Barahona, Appellant pro se. Alan Lance Crick, Assistant United States Attorney, Andrew Burke Moorman, Office of the United States Attorney, Greenville, South Carolina, for Appellee.

Before SHEDD and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Victor Barahona appeals the district court's order denying relief on his 18 U.S.C. § 3582(c)(2) (2012) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's refusal to further modify Barahona's sentence. *See United States v. Goodwyn*, 596 F.3d 233, 234–36 (4th Cir. 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*